AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 2:16-mj-163-GWF |
| | ) | |
| LESTER CZANIK | ) Charging District: | Northern District of New York |
| | ) Charging District's Case No. | 5:16-mj-78 (DEP) |
| *Defendant* | ) | |

FILED ENTERED — RECEIVED — SERVED ON COUNSEL/PARTIES OF RECORD

MAR - 8 2016

US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court for the Northern District of NY - Hanley Federal Courthouse 100 S. Clinton Street, Syracuse, NY 13261 Before the Honorable David E. Peebles, U.S. Magistrate Judge | Courtroom: | 10th Floor |
|---|---|---|---|
| | | Date/Time: | March 25, 2016 at 1:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Mar 8, 2016

_____
Judge's signature

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*