**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-mj-00163-GWF |
| vs. ) | **ORDER** |
| LESTER CZANIK, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Ex Parte Motion for Order Directing Payment of Transportation Expenses (ECF No. 9), filed on August 10, 2016.

18 U.S.C. § 4285 provides that any United States judge or magistrate may direct the United States Marshal to arrange for the payment of subsistence and travel expenses of a defendant who has been released on bail pursuant to chapter 207 and who is obligated to make a subsequent appearance in any United States court. In so ordering, the judge or magistrate must find that the interests of justice would be served and be satisfied that the defendant is financially unable to provide the necessary transportation to appear. 18 U.S.C. § 4285. Upon review of Defendant's Financial Affidavit (ECF No. 3), the Court finds that Defendant is unable to provide the requisite funds necessary to appear at his initial appearance in the United States District Court for the Northern District of New York on August 30, 2016. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Ex Parte Motion for Order Directing Payment of Transportation Expenses (ECF No. 9) is **granted**.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the United States Marshal's Office is directed to pay Defendant's subsistence and travel expenses incurred in traveling to and from Defendant's initial appearance before the United States District Court for the Northern District of New York on August 30, 2016 at 1:30 p.m.

DATED this 11th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge